# EXHIBIT C

Gmail - Request Acknowledgement by Centers for Disease Control and Prevention / Agency for Toxic Substances and Disease Registry

Case 1:25-cv-00785-RC    Document 1-3    Filed 03/17/25    Page 2 of 2

3/13/25, 11:50 AM



**Morgan Yardis <morgan.yardis@gmail.com>**

## Request Acknowledgement by Centers for Disease Control and Prevention / Agency for Toxic Substances and Disease Registry
1 message

**foiarequests@cdc.gov** <foiarequests@cdc.gov>  Tue, Aug 13, 2024 at 2:14 PM
To: foia@protectpublicstrust.org

```
Dear Morgan Yardis,

Case Number 24-01527-FOIA has been assigned to the request you submitted. In all future
correspondence regarding this request please reference case number 24-01527-FOIA.

Regards,
Centers for Disease Control and Prevention / Agency for Toxic Substances and Disease Registry
```