# EXHIBIT D



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30333

February 3, 2025

Morgan Yardis
Protect the Public's Trust
712 H Street NE Suite 1682
Washington, 20002
Via email: foia@protectpublicstrust.org

Dear Ms. Yardis:

This letter is in response to your Centers for Disease Control and Prevention and Agency for Toxic Substances and Disease Registry (CDC/ATSDR) Freedom of Information Act (FOIA) request of August 13, 2024, assigned #24-01527-FOIA, for:

*Communications with CDC officials regarding scientific integrity council*

Given the passage of time, we realize that your informational needs or interests may have changed and are therefore contacting you to see if the records you requested are still needed. If so, please contact our office via email, phone, or letter by March 3, 2025.

If you are still interested in these records, please provide some additional clarity for your request. In your request letter (attached), you state that "It is imperative for the public to know how the Biden administration and the FDA plan on implementing this council, as it will ultimately have implications on the future of science, research, and the ability of future administrations to enact policy. Accordingly, PPT seeks the following records related to the establishment of a scientific integrity council."

Are you seeking materials related to the establishment of a scientific integrity council within the CDC?

If you no longer need or want this request, there is no action needed.

If you have any questions regarding your request, please contact me at ult5@cdc.gov or (404) 639-4958.

Sincerely,

*Rachel Friend*

Rachel Friend
Government Information Specialis
CDC/ATSDR FOIA Office
Office of the Chief Operating Officer
(770) 488-6399
Fax: (404) 235-1852



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30333

Email: foiarequests@cdc.gov