# EXHIBIT E

# RE: Your CDC FOIA Request #24-01527-FOIA

From    FOIA@protectpublicstrust.org <FOIA@protectpublicstrust.org>

To      Friend, Rachel (CDC/OCOO/OD)<ult5@cdc.gov>

Date    Wednesday, February 26th, 2025 at 9:37 AM

Yes, that is correct.

Thank you,
Morgan Yardis
Protect the Public's Trust

On Friday, February 7th, 2025 at 1:16 PM, Friend, Rachel (CDC/OCOO/OD) <ult5@cdc.gov> wrote:

> Thank you for your reply.
>
> Can you please address this portion of the letter?
>
> "If you are still interested in these records, please provide some additional clarity for your request. In your request letter (attached), you state that "It is imperative for the public to know how the Biden administration and the FDA plan on implementing this council, as it will ultimately have implications on the future of science, research, and the ability of future administrations to enact policy. Accordingly, PPT seeks the following records related to the establishment of a scientific integrity council."
>
> Are you seeking materials related to the establishment of a scientific integrity council within the CDC?"
>
> Thank you!
>
> Rachel Friend
>
> Government Information Specialist
>
> Freedom of Information Act (FOIA) Office

Office of the Chief Operating Officer

ult5@cdc.gov | 404-639-4958

---

**From:** FOIA@protectpublicstrust.org <FOIA@protectpublicstrust.org>
**Sent:** Friday, February 7, 2025 12:01 PM
**To:** Friend, Rachel (CDC/OCOO/OD) <ult5@cdc.gov>
**Subject:** Re: Your CDC FOIA Request #24-01527-FOIA

> **CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

---

We are still interested in records.

On Monday, February 3rd, 2025 at 4:09 PM, ult5@cdc.gov <ult5@cdc.gov> wrote:

> February 3, 2025
>
> Request Number: 24-01527-FOIA
>
> Dear Ms. Yardis:
>
> This is regarding your Freedom of Information Act (FOIA) request of August 13, 2024, for Communications with CDC officials regarding scientific integrity council.
>
> Please see the attached letter.
>
> Sincerely,
> CDC/ATSDR FOIA Office

770-488-6399