# EXHIBIT F



August 16, 2024

PROTECT THE PUBLIC'S TRUST
MORGAN YARDIS
712 H Street NW, Suite 1682
Washington  NA  20002  US

In Reply refer to
FOIA Control #:
2024-7302

Requester reference:

Dear Requester:

The Food and Drug Administration (FDA) has received your Freedom of Information Act (FOIA) request for records regarding:

Please see the attached.

In processing your FOIA request, FDA will apply, as appropriate, the FOIA exemptions in 5 USC 552(b) and the foreseeable harm standard in 5 USC 552(a)(8)(i). We will respond as soon as possible and may charge you a fee for processing your request. If your informational needs change, and you no longer need the requested records, please contact us to cancel your request, as charges may be incurred once processing of your request has begun. For more information on processing fees, please see http://www.fda.gov/RegulatoryInformation/FOI/FOIAFees/default.htm. PLEASE NOTE: HOURLY RATES FOR SEARCH AND REVIEW INCREASED FOR ALL REQUESTS RECEIVED ON OR AFTER JUNE 1, 2023.

Due to an increase in the number of incoming requests, we may be unable to comply with the twenty-working-day time limit in this case, as well as the ten additional days provided by the FOIA. The actual processing time will depend on the complexity of your request and whether sensitive records, voluminous records, extensive search, and/or consultation with other HHS components or other executive branch agencies are involved. Please note that requests for medical device approval records (e.g. 510K, PMA, DEN) may take up to 18 to 24 months to process.

If you have any questions about your request, please call Meredith J. Schlaifer, Information Technician, at (301) 796-0583 or write to us at:
Food and Drug Administration
Division of Freedom of Information
5630 Fishers Lane, Room 1035
Rockville, MD 20857

If you call or write, use the FOIA control number provided above which will help us to answer your questions more quickly.

You also have the right to seek dispute resolution services from:

Office of Government Information Services             and/or         FDA FOIA Public Liaison
National Archives and Administration                                  Office of the Executive Secretariat
8601 Adelphi Road – OGIS                                              US Food and Drug Administration
College Park, MD 20740-6001                                           5630 Fishers Lane, Room 1050
Telephone:202-741-5770                                                Rockville, MD 20857
Toll-Free: 1-877-684-6448                                             Email: FDAFOIA@fda.hhs.gov
Email:ogis@nara.gov
Fax: 202-741-5769

Sincerely,

SARAH KOTLER
Director